Form B1      United States Bankruptcy Court      **VOLUNTARY PETITION**

Eastern District of Wisconsin      Case No.:

| | |
|---|---|
| Name of Debtor: **Brimley, Jessie Jr.** | Name of Joint Debtor: **Brimley, Geraldine L.** |
| All Other Names used by the Debtor in the last 6 years (include married, maiden and trade names): | All other names used by the Joint Debtor in the last 6 years (include married, maiden, and trade names): **G&J Trucking** |
| Soc. Sec./ Tax I.D. No.: **XXX-XX-3918** | Soc. Sec./ Tax I.D. No.: **XXX-XX-4624** |
| Street Address of Debtor: **N49 W17478 Sheffield Ln.** **Menomonee Falls, WI 53051** | Street Address of Joint Debtor: **same** |
| County of Residence or the Principal Place of Business: **Milwaukee** | County of Residence or the Principal Place of Business: **same** |
| Mailing Address of Debtor (if different from street address) | Mailing address of Joint Debtor (if different from street address) |

Location of Principal Assets of Business Debtor-

(if different from street address above): **Milwaukee**

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)

☒ Debtor has been domiciled or has had a principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

**Type of Debtor** (check all boxes that apply)

☒ Individual      Railroad
☐ Corporation      Stockbroker
☐ Partnership      Commodity Broker
☐ Other _____      Clearing Bank

**Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

Chapter 7 X      Chapter 11      Chapter 13
Chapter 9      Chapter 12
Sec. 304 - Case ancillary to foreign proceeding

**Nature of Debts** (Check one box)

☒ Consumer Non-Business      Business

**Chapter 11 Small Business** (Check all boxes that apply)

☐ Debtor is a Small Business as defined in 11 U.S.C. Sec. 101
☐ Debtor is and elects to be considered a small business under 11 U.S.C. Sec. 1121(e) (Optional)

**Filing Fee** (Check one box)

Full Filing Fee attached **X**
Filing Fee to be paid in installments (Applicable to individuals only)
Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3.

Statistical/Administrative Information    (Estimates only)      THIS SPACE IS FOR COURT USE ONLY

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
☒ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

| Estimated Number of Creditors | 1-15 | 15-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | | X | | | | |

| Estimated Assets | | | | | |
|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,000 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $5,000,001 to $50 million | More than $100 million |
| | | X | | | | |

| Estimated Debts | | | | | |
|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,000 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $5,000,001 to $50 million | More than $100 million |
| | X | | | | | |

**(Official Form 1) (9/01)**  FORM B1, Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s): |
|---|---|

**Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet)

| Location<br>Where Filed: | Case Number: | Date Filed: |
|---|---|---|

**Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

# Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _Gene Brimley_
Signature of Debtor

X _Terri Brimley_
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

Date 3 - 18 - 04

**Signature of Attorney**

X _____
Signature of Attorney for Debtor(s)

_____
Printed Name of Attorney for Debtor(s)

Firm Name **RILEY LAW OFFICES**

Address **735 N. WATER ST.
SUITE 722
MILWAUKEE, WI 53202**

Telephone Number **414- 276 4557**

Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____
Signature of Attorney for Debtor(s)    Date

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☒ No

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF WISCONSIN

In re

Case No.
Chapter

_____ / Debtor

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages on each.
Report the totals from Schedules A, B, D, E, F, I and J in the boxes provided. Add the amounts from
Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules
D, E and F to determine the total amount of debtor's liabilities.

| NAME OF SCHEDULE | Attached (Yes/No) | No. Of Sheets | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A- Real Property | Yes | 1 | $296,100 .00 | | |
| B- Personal Property | Yes | 3 | $67,150 .00 | | |
| C- Property Claimed as Exempt | Yes | 1 | | | |
| D- Creditors Holding Secured Claims | Yes | 1 | | $259,352.00 | |
| E- Creditors Holding Unsecured Priority Claims | Yes | 2 | | $ .00 | |
| F- Creditors Holding Unsecured Nonpriority Claims | Yes | 2 | | $43,124.00 | |
| G- Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H- Codebtors | Yes | 1 | | | |
| I- Current Income of Individual Debtor(s) | Yes | 1 | | | $6,500.00 |
| J- Current Expenditures of Individual Debtors(s) | Yes | 1 | | | $8,31 .00 |

Total Number of Sheets in all Schedules⇒       14

Total Assets⇒ $ 363,250 . 00

Total Liabilities⇒$ 302,476. 00

In re:_____

## SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate, includes any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife or both own the property by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint or Community." If the debtor holds no interest in real property, write "None" under
 "Description and Location of Property."
Do not include interests in executory and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.
If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, wrote "None" in the column labeled "Amount o Secured Claim."
If the debtor is an individual or I a joint petition is filed, state the amount of any exemption claim in the property only in Schedule C-Property Claim as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Current Market Value | Amount of Secured Claim |
|---|---|---|---|
| **Homestead** | Homestead | $296,100.00 | $247,352.00 |

**TOTAL**     **$296,100.00**

In re:_____

# SCHEDULE B - PERSONAL PROPERTY

Except as directed, list all personal property of the debtor of whatever kind.  If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None."  If additional space is needed in any category attach a separate sheet property identified with the case name, case number and the number  of the category.  If the debtor is married, stated whether husband, wife or both Own property by placing an "H". "W", "J" or "C" in the column labeled "Husband, Wife, Joint or Community."  I the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G-Execuoty Contracts and Unexpired Leases.  If the property is being held for the debtor by some else, state that person's name and address under "Description and Location of Property."

| Type of Property | Description and Location of Property | Current Market Value |
|---|---|---|
| 1. Cash on hand | none | |
| 2. Checking, savings or  other | checking | $1,000.00 |
| financial account, certificates, of deposit, or shares in banks, savings and loan, thrift, building and loan and homestead associations or credit unions, brokerage houses or cooperatives. | checking | $150.00 |
| 3. Security deposits with public utilities, telephone companies, landlords and others. | none | |
| 4. Household goods and furnishings, including audio, video and computer equipment. | lvrmset, family rmset, family set, kit set, recrmset, 3bdrmsets, washer, dryer, stove, refrig, snowblower, Lawnmower, 2vcrs, dvdplayer, computer, Stereo, pots,pans, silver | $3,900.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc and other collections or collectibles. | none | |
| 6.  Wearing apparel. | Clothing | $500.00 |
| 7.  Furs and jewelry. | Jewelry and furs | $1,000.00 |
| 8.  Firearms and sports, photographic and other hobby equipment. | shotguns | $100.00 |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | none | |
| 10. Annuities.  Itemize and name each issuer. | none | |

Page 1 of  3

| Type of Property | Description and Location of Property | Current Market Value |
|---|---|---|
| 11. Interests in IRA, ERISA, Keogh or other pension or profit sharing plans. Itemize. | Pension | $50,000.00 |
| 12. Stock and interest in incorporated and unincorporated businesses. Itemize. | none | |
| 13. Interest in partnerships or joining ventures. Itemize. | none | |
| 14. Government and corporate bonds and other negotiable and nonnegotiable instruments. | none | |
| 15. Accounts receivable. | none | |
| 16. Alimony, maintenance, support and property settlements to which the debtor is or may be entitled. | none | |
| 17. Other liquidated debts owing debtor including tax refunds. | none | |
| 18. Equitable of future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | none | |
| 19. Contingent and non-contingent interest in estate of a decedent, death benefit plan, lie insurance policy or trust. | none | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor and rights to setoff claims. | none | |
| 21. Patents, copyrights and other intellectual property. | none | |
| 22. Licenses, franchises and other general intangibles. | none | |
| 23. Automobiles, trucks, trailers and other vehicles. | '01 Ford Mustang | $ 10,000.00 |
| 24. Boats, motors and accessories. | none | |
| 25. Aircraft and accessories. | none | |
| 26. Office equipment, furnishings and supplies. | none | |
| 27. Machinery, fixtures, equipment and supplies used in business. | none | |
| 28. Inventory. | none | |

Page 2 of 3

| Type of Property | Description and Location of Property | Current Market Value |
|---|---|---|

29. Animals.     none

30. Crops - growing or harvested.     none

31. Farming equipment and implements.     none

32. Farm supplies, chemicals and feed.     none

33. Other personal property of any
    kind not already listed.     none

**Total**     $67,150.00

In re:_____

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:
(Check one box)

☐ 11 U.S.C. §522(b)(1): Exemptions provided in 11 U.S.C. §522(d).  Note These exemptions are available only in certain states.

☐ 11 U.S.C. §522(b)(2): Exemptions available under applicable nonbankruptcy federal laws, state or local law were the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition or for a longer portion of the 180 day period than in any other place and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Market Value of Property |
|---|---|---|---|
| Checking | 815.18(3)(k) | $1,000.00 | $1,000.00 |
| Furniture and Appliances | 815.18(3)(d) | $3,900.00 | $3,900.00 |
| Jewelry and furs | 815.18(3)(d) | $1,000.00 | $1,000.00 |
| Shotguns | 815.18(3)(d) | $100.00 | $100.00 |
| Pension | 815.18(3)(j) | $50,000.00 | $50,000.00 |
| Homestead | 815.20 | $40,000.00 | $40,000.00 |

Page 1 of 1

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and account number, if any, of all entities holding claims secured by property of the debtor, as of the date of filing of the petition. Do not include claims listed in Schedule D and E. If all creditors will not fit on this page use the continuation sheet provided.

If any entities other than a spouse in a joint case may be jointly liable on a claim place an "X" in the column labeled "Codebtor,", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both o them, or the marital community be liable on each claim by placing an "H," "W,""J" or "C" in the column labeled "Husband, Wife, Joint or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "W" in the column labeled "Disputed."

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet o the completed schedules. Report this total also on the Summary of Schedules.

| Creditor's Name and Mailing Address including Zip Code | C o d e b t o r | Date claim was incurred, Nature of Lien, and Description and Market Value of Property Subject to lien | Amount of claim |
|---|---|---|---|
| Option One 6501 Irvine Dr. Irvine, CA 92618 | | First Mortgage homestead Value: $296,100.00 | $239,000.00 |
| Waukesha County Treasurer 1320 Pewaukee Rd., #148 Waukesha, WI 53188 | | statutory lien: homestead Value: $296,100.00 | $8,352.00 |
| Ford Motor Credit PO Box 88306 Chicago, IL 60680 | | purchase money - '01 Ford Mustang Value:   $10,000.00 | $12,000.00 |

|  | | |
|---|---|---|
| **Subtotal:** | **$259,352.00** |
| **Total** | **$259,352.00** |

re: _____

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type o priority, is to be set forth on the sheets provided. Only holders
Of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name and mailing address. Including zip code and account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition.

If any entity other than a spouse in a joint case may be jointly may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H", "w", "J" or "C" in the column labeled "Husband, Wife, Joint or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total o all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary o Schedules.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment o a trustee of the order for relief. 11 U.S.C. § 507(a)(2).

☐ **Wages, salaries and commissions**
Wages, salaries and commissions, including vacation, severance and sick lease pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,650* per person earned within 90 days immediately preceding the filing of the original petition or the cessation of business, which ever occurred first to the extent provided in 11 U.S.C. § 507(a)(3).

☐ **Contributions to employee benefit plans**
Money owned to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition or the cessation of business, whichever occurred first, tot he extent provide in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $4,650* per farmer of fisherman, against the debtor provided in 11 U.S.C. §507(a)(5).

☐ **Deposits by Individuals**
Claims of individuals up to $2,100* for deposits for the purchase, lease or rental of property or services for personal, family or household use, that were not delivered or provided. 11 U.S.C. §507(a)(6)

☐ **Alimony, Maintenance or Support**
Claims of a spouse, former spouse or child of the debtor, for alimony, maintenance or support to the extent provided in 11 U.S.C. 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, custom duties and penalties owing to federal, state and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to DIC, RTC, Director of the Office o Thrift Supervision, comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital o an insured depository institution. 11 U.S.C. §507(a)(9).

In re:_____

## SCHEDULE F - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

State the name, mailing address, including zip code and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition.  Do not include claims listed in Schedule D and E.  If all creditors will not fit on this page use the continuation sheet provided.

If any entities other than a spouse in a joint case may be jointly liable on a claim place an "X" in the column labeled "Codebtor,", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors.  If a joint petition is filed, state whether husband, wife, both o them, or the marital community be liable on each claim by placing an "H," "W,""J" or "C" in the column labeled "Husband, Wife, Joint or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent."  If the claim is unliquidated, place an "X" in the column labeled "Unliquidated."  If the claim is disputed, place an "W" in the column labeled "Disputed."

Report total  of all claims listed on this schedule in the box labeled "Total" on the last sheet o the completed schedules.  Report this total also on the Summary of Schedules.

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date claim was incurred, and Consideration for Claim If Claim is Subject to Setoff, so State | Amount of claim |
|---|---|---|---|
| Amoco Oil Co. PO Box 9014 Des Moines, IA 50638 | | 2003 credit card | $450.00 |
| American TV C/o: National Asset Recovery, Inc. 2880 Dresden Dr., Ste. 200 Atlanta,GA 30341 | | 2003 outstanding debt owed | $1,360.00 |
| Associated Bank PO Box 6418 The Lakes, NV 88901 | | 2004 credit card | $3,005.00 |
| Aurora Medical Group PO Box 341457 Milwaukee, WI 53234 | | 2003 medical | $60.00 |
| Capitol One Services PO Box 60000 Seattle, WA 98190 | | 2003 credit card | $1,193.00 |

Representing:  OSI Collection Service, Inc.
PO Box 550720
Jacksonvillle, FL 32255

Citicorp Visa
2201 N. Central Expwy. S 201
Richardson, TX 75080

> Representing: National Financial Systems, Inc.
> 600 W. John St.
> PO Box 9046
> Hicksville, NY 11801

| | | |
|---|---|---|
| Community Memorial Hospital<br>PO Box 408<br>Menomonee Falls, WI 53052 | 2004<br>medical | $218.00 |

> Representing: Rausch, Strum, Israel & Hornik, S.C.
> 2448 S. 102nd St., #210
> Milwaukee, WI 53227

| | | |
|---|---|---|
| The Corp. Of The City of Windsor<br>C/o: J.J. Marshall & Assoc.<br>PO Box 182190<br>Shelby Township, MI 18318 | 2004<br>outstanding debt owed | $133.00 |
| Department of Workforce Dev.<br>Worker's Comp. Division<br>201 E. Washington Ave., Rm.C100<br>Madison,WI 53707 | 2004<br>outstanding debt owed | $5,267.00 |
| Eye Care Specialist S.C.<br>2040 W. Wisconsin RM. 701<br>Milwaukee, WI 53233 | 2000<br>medical | $342.00 |
| Express<br>PO Box 659562<br>San Antonio, TX 78265 | 2003<br>credit card | $528.00 |

> Representing: Alliance Recovery Mngt.
> 1815 Chandlersville Rd.
> Zanesville, OH 43701

| | | |
|---|---|---|
| Froedtert Hospital<br>9200 W. Wisconsin Ave.<br>Milwaukee, WI 53226 | 2003<br>medical | $3,271.00 |

> Representing: Bruck Law Offices, SC
> 322 E. Michigan St., 6th Floor
> Milwaukee, WI 53202

| | | |
|---|---|---|
| Innovative Healthcare, SC<br>7620 W. Burleigh St.<br>Milwaukee, WI 53222 | 2003<br>medical | $776.00 |
| J.C. Penny Credit Card<br>C/o: Wolpoff & Abramson, LLP<br>Two Irving Center<br>702 King Farm Blvd.<br>Rockville, MD 20850 | 2003<br>credit card | $632.00 |
| Marshell Fields<br>312 East Michigan Ave.<br>Milwaukee, WI 53202<br><br>    Representing: Kohn Law Firm<br>        312 E. Wisconsin Ave., #501<br>        Milwaukee, WI 53202 | 2003<br>credit card | $846.00 |
| Mayfair Radiology<br>PO Box 14337<br>Milwaukee, WI 53214 | 2003<br>medical | $224.00 |
| MCI Communications<br>PO Box 163250<br>Columbus, OH 43216 | 2004<br>utility | $164.00 |
| Medical College Physicians<br>C/o: Med-Health Financial<br>PO Box 1996<br>Milwaukee, WI 53201 | 2003<br>medical | $742.00 |
| Milwaukee Co.Clerk of Circuit Court<br>C/o: Credit Management Control<br>PO Box 210079<br>Milwaukee, WI 53221 | 2003<br>outstanding debt owed | $512.00 |
| NCO Financial Systems<br>PO Box 41593<br>Philadelphia, PA 19101 | 2003<br>outstanding debt owed | $17,689.00 |
| Ryder Truck Rental<br>C/o: JBC Legal Group<br>2 Broad St., 6th Floor<br>Bloomfield, NJ 07003 | 2004<br>nsf | $1,600.00 |

| | | |
|---|---|---|
| SBC/Ameritech<br>PO Box 769<br>Arlington, TX 76007 | 2004<br>utility | $100.00 |
| St. Mary's Anesthesia<br>135 S. LaSalle<br>Dept. 7642<br>Chicago, IL 60674 | 2003<br>medical | $703.00 |
| US Cellular<br>C/o: Account Recovery Serv., Inc.<br>3031 N. 114th St.<br>Milwaukee, WI 53222 | 2003<br>outstanding dent owed | $879.00 |
| WE Energies<br>333 W. Everett St., Rm. A130<br>Attn: Elaine<br>Milwaukee, WI 53203 | 2004<br>utility | $1,025.00 |
| Westfield Co.<br>C/o: Adams & Morse Assoc., Inc.<br>PO Box 972<br>Manchester, NH 03150 | 2003<br>outstanding debt owed | $891.00 |
| Wisconsin Radiology Spec.<br>C/o: Oliver Adjustments<br>PO Box 371068<br>Milwaukee, WI 53237 | 2003<br>medical | $514.00 |

|  |  |
|---|---|
| **Subtotal** | $43,124.00 |
| **Total** | $43,124.00 |

In re:_____

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described.

NOTE:   A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of creditors.

☐   Check this box is the debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code or other Parties to Lease or Contract | Description of Contract or Lease and Name of Debtor's Interest. |
|---|---|
| Lexus/Toyota Finance | '00 Lexus GS 300<br>4 year auto lease |
| " | '02 Lexus LS 470<br>6 year auto lease |

Page 1

In re:_____

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement o this case.

☐   Check this box if the debtor has no codebtors.

| Name and Address of Codebtors | Name and Address of Creditor |
|---|---|
| '01 Ford Mustang | Jessica Brimley |

In re:_____

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTORS

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition if filed, unless the spouses are separated and a joint petition in not filed.

| Debtor's Marital Status: | DEPENDANTS OF DEBTOR AND SPOUSE | | |
|---|---|---|---|
| | NAMES | AGE | RELATIONSHIP |
| | **Rhonda, 17 years, foster-daughter** | | |
| Single | | | |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation: | | **independent contractor** |
| Employer: | | **Self-employed** |
| How long employer | | **2 years** |
| Address of employer: | | **Milwaukee, WI** |

| Income: | | DEBTOR | SPOUSE |
|---|---|---|---|
| Current Monthly gross wages, salary and commissions | | $00.00 | $6,500.00 |
| Estimated Monthly Overtime | | $    .00 | $0 |
| SUBTOTAL | | | |

| | | LESS PAYROLL DEDUCTIONS | | |
|---|---|---|---|---|
| (a) | Payroll Taxes and Social Security | $    .00 | $0 |
| (b) | Insurance | $    .00 | $0 |
| (c) | Union Dues | $0 | $0 |
| (d) | Other:401k | $    .00 | |
| | | $    .00 | |

| SUBTOTAL OF PAYROLL DEDUCTIONS | $    0.00 | $ 00.00 |
|---|---|---|

| TOTAL NET MONTHLY TAKE HOME PAY | $    00.00 | $6,500.00 |
|---|---|---|

| | DEBTOR | SPOUSE |
|---|---|---|
| Regular income from operation of business or profession of farm | $    00.00 | $0 |
| Income from Real Property | $    00.00 | $0 |
| Interest and dividends | $0 | $0 |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $0 | $0 |
| Social Security or other government assistance | $.00 | $0 |
| Specify: | | |
| Pension or retirement income | $0 | $0 |
| Other monthly income | | |
| Specify: | $0 | $0.00 |

| TOTAL MONTHLY INCOME | $00.00 | $6,500.00 |
|---|---|---|
| TOTAL COMBINED MONTHLY INCOME | $6,500.00 | |

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this documents:

In re:_____

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR

Complete this schedule by estimating the average expenses of the debtor and the debtor's family. Prorate any payments made bi-weekly, quarterly, semi-annully or annually to show monthly rate.

| | |
|---|---|
| Rent or home mortgage payment | $1,964.00 |
| Are real estate taxes included?      Yes      No X | |
| Is property insurance included?    Yes      No  X | |
| Utilities: Electricity and heating fuel | $ 250.00 |
|       Water and sewer | $   50.00 |
|       Telephone | $   60.00 |
|       Other: cable | $    0.00 |
|           cell | $ 100.00 |
| Home maintenance | $ 100.00 |
| Food | $ 400.00 |
| Clothing | $ 100.00 |
| Laundry and dry cleaning | $ 100.00 |
| Medical and dental expenses | $ 150.00 |
| Transportation | $ 200.00 |
| Recreation | $   00.00 |
| Charitable contributions | $ 240.00 |
| Insurance: | $ |
|       Homeowner's or renter's | $   70.00 |
|       Life | $ 100.00 |
|       Health (anticipated) | $ 100.00 |
|       Auto | $ 100.00 |
|       Other | |
| Property Taxes | $  600.00 |
| Installment payments:      Auto Mustang | $  357.00 |
| Income taxes: | $ 1,000.00 |
| Business' Truck Rental | $  500.00 |
| Business insurance | $  400.00 |
| Truck Maintenance | $  200.00 |
| Fuel for Truck | $ 1,200.00 |

Other:

### TOTAL MONTHLY EXPENSES

(FOR CHAPTER 13 DEBTORS ONLY)
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually or at some other interval.

| | | |
|---|---|---|
| A. | Total projected monthly income | $6,500.00 |
| B. | Total projected monthly expenses | $8,341.00 |
| C. | Excess Income | $.00 |

In re: Brimley, Jesse and Geraldine

## DECLARATION CONCERNING DEBTORS' SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY AN INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __16__ sheets and that they are true and correct to the best of my knowledge, information and belief.

Date: __3/18/04__          Signature: _Jesse Brimley_
                                      Jesse Brimley, Jr.

Date: __3-18/04__          Signature: _Gerri Brimley_
                                      Geraldine L. Brimley

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF WISCONSIN

In re:                                              Case No:
                                                    Chapter 7

### STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor.  Spouses filing a joint petition may file a single statement on  which the information for both spouses is combines.  If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  An individual debtor engaged in business as a sole proprietor, partner, family farmer or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1-18 are to be completed by all debtors.  Debtors that are or have been in business, as defined below, also must complete Questions 19-25.  If the answer to any question is "None," or the question is not applicable, mark the box labeled "None."  If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number and the number of the question.

## DEFINITIONS

"In business."  A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership.  An individual debtor is "in business" fir the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner of a partnership; a sole proprietor or self-employed.

"Insider."  The term "insider" includes but is not limited to" relatives of the debtor; general partners of the debtor and their relatives; Corporations of which the debtor is an officer, director or person in control; officers, directors and any owner of  5 percent or more of the voting or equity securities of a corporation debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the e debtor.  11 U.S.C. §101.

1.  **Income from employment or operation of business.**

State the gross amount of income the debtor has received from employment, trade or profession or from operation of the debtor's

business from the beginning of this calendar year to the date this case was commenced.  State also the gross amounts received during the two years immediately preceding this calendar year.  (A debtor that maintains or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income.  Identify the beginning and ending dates of the debtor's fiscal year.)  If a joint petition is filed, state, income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | | SOURCE |
|---|---|---|
| **Year to date:** | **$19,000.00** | **busines income and wages** |
| **Last Year:** | **$20,000.00** | " |
| **Year before last:** | **$78,715.00** | " |

2.  **Income other than from employment or operation of business.**

State the amount of income received by the debtor other than from employment, trade, profession or operation of the debtor's business during the two years immediately preceding the commencement of this case.  Give particulars.  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 of chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | | SOURCE |
|---|---|---|
| **Year to date:** | **$ 00** | |
| **Last Year:** | **$20,000.00** | **proceeds from sale of real estate** |
| **Year before last:** | **$ 00.00** | |

**3. Payments to creditors.**

    a.   List all payments on loans, installment purchases of good or services, and other debts, aggregating more than $600 to any creditor, made within 90 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition was filed, unless the spouses are separated and a joint petition is not filed.)

    ☐ NONE

---

    a.   List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

    ☐ NONE

---

**4. Suits and administrative proceedings, executions, garnishments and attachments.**

    a.   List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| none | | | |

    b.   Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

    ☐ NONE

---

**5. Repossessions, foreclosures and returns.**

    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

    ☐ NONE

---

6. **Assignments and receiverships.**

    a.    Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

    ☐ NONE

    a.    List all property that has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

    ☐ NONE

7. **Gifts**

    List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member or charitable contributions aggregating less than $100 per recipients. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

    ☐ None

8. **Losses**

    List all losses from fire, theft other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

    ☐ NONE

9. **Payments related to debt counseling or bankruptcy.**

    List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT<br>NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR<br>DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Payee: J.K. Riley<br>Address: 735 North Water, #722<br>Milwaukee, WI 53202 | Date of Payment:<br>Payor: | $991.00 |

10. **Other transfer.**

List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor transferred either absolutely or as security within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☐ **Transferred real estate at 4327 W. Hampton Ave., Milwaukee, Wisconsin, to debtors' son. Sold for $100,000.00. City assessed value is presently $103,900.00.**

11. **Closed financial accounts**

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor, which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificate of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☐ **Debtors' refinanced mortgage in December 2003.**

12. **Safe deposit boxes**

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☐ NONE

13. **Setoffs**

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☐ NONE

14. **Property held for another person**

List all property owned by another person that the debtor holds or controls.

☐ NONE

15. **Prior address of debtor.**

   If the debtor has moved within the two years immediately preceding the commencement of this case, list all premises, which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

   ☐ NONE

   _____

16. **Spouses and Former Spouses**

   If the debtor resides or resided in community property state, commonwealth or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the six-year period immediately preceding the commencement of this case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

   ☐ NONE

   _____

17. **Environmental Information**

   For the purpose of this question, the following definitions apply:

   "Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, release of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulation regulating the cleanup of these substance, waste, or material.

   "Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor.

   "Hazardous Material" means anything defined as hazardous waste, hazardous substance, toxic substance, hazardous materials, pollutant, or contaminate or similar term under an Environmental Law:

   a.  List the name and address of every site for which the debtor has received in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of notice, and, if known, the Environmental Law:

   ☐ NONE

   _____

   b.  List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

   ☐ NONE

   _____

c.  List all judicial and administrative proceedings, including settlements or orders, under any Environmental Law, with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

☐ NONE

_____

## 18. Nature, location and name of business

a.  If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case

☐  **Debtor wife operates G&J Trucking (not incorporated).  The business is an independent contractor for the US Postal Service.  Business has operated since 1/04.**

**Debtor husband opeated J&B Truckingfrom 1988 through 2002.  Business in no longer in operation.**

_____

b.  Identify any business listed in response to subdivision a., above that is "single assets real estate" as defined in 11 U.S.C § 101.

☐ NONE

_____

## 19. Books, records and financial statements

a.  List all bookkeepers and accountants who within the last **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|------|---------|-------------------------|

_____

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|------|---------|------------------------|

NONE

___

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of accounts and records of he debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|------|---------|

___

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the **two years** immediately preceding the commencement of this case by the debtor.

| NAME AND ADDRESS | DATE ISSUED |
|------------------|-------------|

NONE

___

## 20. Inventories

a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market, or other basis) |
|-------------------|----------------------|-------------------------------------------------------------------|

NONE

___

b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME OF ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|-------------------|-----------------------------------------------------|

NONE

___

## 21. Current Partners, Officers, Directors and Shareholders

a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|------------------|--------------------|------------------------|

___

b.      If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent of more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

## 22. Former partners, officers, directors and shareholders

a.      If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

NONE

b.      If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

NONE

## 23. Withdrawals from a partnership or distributions by a corporation

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemption's, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP OF DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

NONE

## 24. Tax Consolidation Group

If the debtor is a corporation, list the name and federal tax payer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the six-year period immediately preceding the commencement of the case.

NAME OF PARENT                              TAXPAYER IDENTIFICATION NUMBER

NONE

---

## 25. Pension Funds

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the six -year period immediately preceding the commencement of the case.

NAME OF PENSION FUND                        TAXPAYER IDENTIFICATION NUMBER

NONE

In re: Brimley, Jesse and Geraldine

**DECLARATION UNDER PENALTY OF PERJURY BY AN INDIVIDUAL DEBTOR**

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date: 3/18/04          Signature: _Jesse Brimley_
                                 Jesse Brimley, Jr.

Date: 3-18-04          Signature: _Geraldine Brimley_
                                 Geraldine L. Brimley