# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WISCONSIN

In re:  Case No.:
 Chapter 7

## STATEMENT PURSUANT TO RULE 2016(B)

The undersigned, pursuant to Rule 2016(b), Bankruptcy Rules, state that:

1. The undersigned is the attorney for the debtor in this case.

2. The compensation paid or agreed to be paid by the debtor, to the undersigned is:
   a) For legal services rendered or to be rendered in contemplation of an in  $991.00
      Connection with this case
   b) Prior to the filing of this statement, debtor have paid  $991.00
   c) The unpaid balance due and payable is  $ 00.00

3. $209.00 of the filing in this case has been paid.

4. The Services rendered or to be rendered include the following:
   a) Analysis of the financial situation and rendering advice and assistance to the debtor in determining whether to file a petition under title 11 of the United States Code.
   b) Preparation and filing of the petition, schedules, statement of financial affairs and other documents required by the court.
   c) Representation of the debtor at the meeting of creditors.

5. The source of payments made by the debtor to the undersigned was from earnings, wages and compensation for services performed.

6. The source of payments to be made by the debtor to the undersigned for the unpaid balance remaining, if any, will be from earnings, wages and compensation for services performed.

7. The undersigned has received no transfer, assignment or pledge of property from debtor.

8. The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's law firm, any compensation paid or to be paid.

Dated: 3/28/04

J. K. Riley
Attorney for the Petitioner

**PO ADDRESS:**
**735 N. Water Street**
**Suite 722**
**Milwaukee, WI 53202**
**(414) 276-4357**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re:

CHAPTER 7 STATEMENT OF INTENTION

1. I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

2. I intent to do the following with respect to the property of the estate which secured those consumer debts:

    a.    **Property to Be Surrendered.**

| Description of Property | Creditor's Name |
|---|---|
| None | |

    b.    **Property to Be Retained..**

| Description of Property | Creditor's Name | Claim as Exempt | Redeemed | Reaffirmed |
|---|---|---|---|---|
| Homestead | Option | X | | X |
| '01 Ford Mustang | Ford Motor | | | X |

Date: 3/18/04    Signature: *Jesse Brimley*
    Jesse Brimley, Jr.

Date: 3/18/04    Signature: *Gerrie Brimley*
    Geraldine L. Brimley

# PROPERTY ASSESSMENT RESULTS

TAX ACCOUNT BALANCE

## GENERAL INFORMATION

| ADDRESS | 4327 THRU 4327 W HAMPTON AV |
|---|---|
| TAXKEY | 228-0915-000-7 |
| OWNER | DARREN F BRIMLEY |
| OWNER ADDRESS | 8201 W KIEHNAU AV<br>MILWAUKEE, WI 532230000 |

## ASSESSMENT

|  | 2004 | 2003 |
|---|---|---|
| LAND | N/A | $10,000 |
| IMPROVEMENTS | N/A | $93,900 |
| TOTAL | N/A | $103,900 |
| CURRENT CLASS | APARTMENTS | |

Assessments reflect the estimated value on January 1st .of the indicated year.
The current assessment will be available after April 28.

## OTHER PROPERTY INFORMATION

- LAST CONVEYANCE:
    - DATE: 06/03
    - TRANSFER FEE: $300.00 (CLICK HERE FOR FEE EXPLANATION)
- STORIES: 2.0
- RESIDENTIAL BUILDING STYLE: APARTMENT
- EXTERIOR WALL TYPE: BRICK
- YEAR BUILT: 1958
- DWELLING UNITS: 4 (CLICK HERE FOR DWELLING UNITS EXPLANATION)
- TOTAL SQUARE FEET FLOOR AREA: 3,360
    - FIRST FLOOR AREA: 1,680
    - SECOND FLOOR AREA: 1,680

- o THIRD FLOOR AREA:
  - o FINISHED ATTIC AREA:
  - o FINISHED HALF STORY AREA:
  - o BASEMENT LIVING AREA:
- ROOM-COUNTS
  - o TOTAL ROOMS: 16
  - o BEDROOMS: 8
  - o BATHS: 1
  - o HALF BATHS: 0
- CENTRAL AIR CONDITIONING: NO
- BASEMENT: FULL
- FIRE PLACE: 0
- GARAGE TYPE: DETACHED
- LOT SIZE: 121.0X 86
- PLAT PAGE: 22801
- ZONING: RM1 (CLICK HERE FOR ZONING EXPLANATION)
  (For zoning information contact Milwaukee Development Center at 286-8211.)
- ASSESSMENT NEIGHBORHOOD 6672
- ALDERMANIC DISTRICT: 1
- CENSUS TRACT: 27
- LEGAL DESCRIPTION:
  LEGALS RINDT'S SUBD IN NE 1/4 SEC 2-7-21
  DESCRIPTION LOTS 16 & 17

*For more information contact the Assessor's office at 414-286-3651*



Home   Mayor   Common Council   Elected Officials   City Departments   Web Policies   Contact Us

# REAL ESTATE TAX STATEMENT

Pamela F. Reeves
Waukesha County Treasurer
1320 Pewaukee Rd. • Room 148
Waukesha, WI 53188-3873
Phone: (262) 548-7029

PLEASE RETURN THIS STATEMENT WITH YOUR REMITTANCE.

PLEASE MAKE CHECKS PAYABLE TO
WAUKESHA COUNTY TREASURER.

FOR RETURN OF RECEIPT, PLEASE ENCLOSE
A STAMPED, SELF-ADDRESSED ENVELOPE.

DATE: 2/17/04

TO:
MNFV 0135 267
JESSE & GERALDINE BRIMLEY
N49W17478 SHEFFIELD LN
MENOMONEE FALLS WI 53051

☐ NO INTEREST/PENALTY DUE IF PAID BY JULY 31.

☒ INTEREST/PENALTY CALCULATE
TO FEB 28  04
ADDITIONAL INTEREST AND PENALTY WILL BE CHARGED IF YOUR REMITTANCE REACHES THIS OFFICE AFTER THAT DATE.

PROPERTY ADDRESS: N49W17478 SHEFFIELD LN

KEY NUMBER: MNFV 0135 267

LEGAL DESCRIPTION:

LOT 4 BLK 13 RIDGEFIELD ADD NO 1 PT SW1/4 SEC 34 & SE1/4 SEC 33 T8N R20E
R1561/118

REMARKS:

| YEAR OF TAX | CERTIFICATE NUMBER | TAX | INTEREST | PENALTY | IN REM EXP | TOTAL DUE |
|---|---|---|---|---|---|---|
| 2002 | 200508 | 1,333.29 | 173.33 | 86.66 | | 1,593.28 |
| 2003 | | 6,659.60 | 66.60 | 33.30 | | 6,759.50 |
| | | | | | | $8,352.78 |