UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF WISCONSIN
Milwaukee

2006 OCT 18 AM 11: 37

In Re:
Brimley, Jessie, Jr.
Brimley, Geraldine L.

Case No. 04-24565 JES

Chapter 7

## ORDER DISCHARGING TRUSTEE AND CLOSING CASE

It appearing to the Court that the Trustee of the estate of the above-named Debtor(s) has filed a Final Report and Final Account with the Court and the United States Trustee under 11 U.S.C. §704(9), 1202(b)(1) or 1302(b)(1) certifying, among other things, that this estate has been fully administered. It further appearing to the Court that no timely objection has been filed thereto by the United States Trustee or a party in interest. Accordingly and pursuant to 11 U.S.C. §350(a) and FRBP 5009,

IT IS ORDERED that:

1. Andrew N. Herbach, Trustee is hereby discharged as Trustee of the estate of the above-named Debtor (s).
2. The case of the above-named Debtor(s) is hereby closed effective this date and the Clerk of Bankruptcy Court is hereby ordered to docket this Order immediately.

Dated this 18 day of October, 200 6

BY THE COURT

*/s/ James E. Shapiro*
Hon. James E. Shapiro
United States Bankruptcy Judge